## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN M. McNAMUS,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:14-1265** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(BLEWITT, M.J.)** |
| **VESSEL BRUCE DeSARRO,** | : | |
| **Defendant** | : | |

## O R D E R

In light of the memorandum issued in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Blewitt, **(Doc. 12)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the case is **DISMISSED WITHOUT PREJUDICE** on the basis of Plaintiff's failure to comply with the Court's Order and failure to prosecute his action;

**(3)** the "Motion to Withdraw Libel" (Doc. 11) is deemed **MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: October 16, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1265-02-ORDER.wpd